**Order filed, March 13, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-01082-CR

———————

**TAMMI BLEIMEYER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1458861**

---

## ORDER

The reporter's record in this case was due February 8, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Gail Rolen, the court reporter, to file her portion of the record in this appeal **within 15 days** of the date of this order.

PER CURIAM